United States District Court
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/19/12
```

---

BURSON-MARSTELLER, LLC,

                Plaintiff,        12 Civ. 2919 (JGK)

    - against -            MEMORANDUM OPINION AND ORDER

UNITED BRANDS CO.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs allege diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). The complaint describes plaintiff Burson-Marsteller, LLC as a limited liability company. A limited liability company has the citizenship of each of its members for the purposes of diversity jurisdiction. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000). The plaintiff should therefore advise the Court as soon as possible as to the citizenship of each of its members.

SO ORDERED.

Dated:    New York, New York
          April 19, 2012

                                        John G. Koeltl
                                United States District Judge